UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JETSON R. CHESHIER, and BOBBIE SHIREMAN, and JEFFREY R. CHESHIER,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES A GIBSON and KITTIE H. GIBSON (Husband and Wife), and ROBERT W. GARRETSON and MARY H. GARRETSON (Husband and Wife), and ROBERT A. GARRETTSON, and THEADORE MELLOTTE, AND WANDA and/or ELOISE MELLOTT (Husband and Wife), and LEON BRUMAN and MARILYN BRUNAM (Husband and wife), and DAVID MARHER Jr., and WILLIAM H. GREGORY, and (All Section 25 historical-defendants) and HALVERSON, APPLEGATE, AND MCDONALD [Law Firm], and FLYING Y HOMES OWNERSHIP ASSOCIATION, and STATE OF WASHINGTON, et al., and DEPARTMENT OF WILDLIFE, and YAKIMA COUNTY, et al.,<br><br>Defendants. | NO. CV-07-3072-RHW<br><br>**ORDER GRANTING MOTION TO ALTER AND AMEND JUDGMENT UNDER FRCP 59(E) AND DISMISSING CASE WITHOUT PREJUDICE** |

Before the Court is Plaintiffs' Motion to Alter and Amend Judgment Under FRCP 59(e) (Ct. Rec. 60). The motion was heard without oral argument.

On November 30, 2007, the Court entered an Order dismissing the case with prejudice. The Court found that it did not have subject matter jurisdiction over the claims because Plaintiff did not allege any federal claims and did not allege

**ORDER GRANTING MOTION TO ALTER AND AMEND JUDGMENT UNDER FRCP 59(E) AND DISMISSING CASE WITHOUT PREJUDICE ~ 1**

diversity jurisdiction.

Plaintiffs argue that the Court should have dismissed the case without prejudice, relying on North Dakota law for support of their position. While North Dakota law is not binding on this Court, under Ninth Circuit precedent, because the Court did not reach the merits of Plaintiffs' claims, the Court should have dismissed the action without prejudice. *See Herman Family Revocable Trust v. Teddy Bear*, 254 F.3d 802 (9th Cir. 2001); *In Re Hunter*, 66 F.3d 1002 (9th Cir. 1995).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Alter and Amend Judgment Under FRCP 59(e) (Ct. Rec. 60) is **GRANTED**.

2. The above-captioned case is **dismissed without prejudice.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 11th day of January, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Cheshier\strike.wpd

**ORDER GRANTING MOTION TO ALTER AND AMEND JUDGMENT UNDER FRCP 59(E) AND DISMISSING CASE WITHOUT PREJUDICE ~ 2**